THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH GORDON, MAX STERN and HARRY LEWIS, Appellants.

Submitted February 26, 1940; decided March 5, 1940.

*Samuel J. Foley,* District Attorney (*Sol. Boneparth* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN KOHLEPP, Appellant, against RICHARD A. McGEE, as Warden of the Penitentiary of the City of New York, et al., Respondents.

Submitted February 26, 1940; decided March 5, 1940.

*Samuel J. Foley, District Attorney (Sol. Boneparth* of counsel), for motion.

*Aaron Samuelson* opposed.

Motion granted and appeal dismissed.